UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

Kirstin Heard,                                                    Case No. 23-00586-jwb
                                                                 Chapter 13
                                                                 Hon. James W. Boyd
                    Debtor(s).

_____ /

### ORDER DIRECTING EMPLOYER TO PAY TRUSTEE

The above-noted Debtor, Kirstin Heard, has filed a Chapter 13 Bankruptcy Case and has consented to the deduction of plan payments directly from her wages to the Chapter 13 Trustee.

**THEREFORE, IT IS HEREBY ORDERED** that the Debtor's employer, Michigan State University, shall deduct the sum of $974.61 each monthly pay period beginning the next pay period following the receipt of this Order and remit said amount to:

Barbara P. Foley
Chapter 13 Trustee
PO Box 1818
Memphis, TN 38101-1818

Approved as to form and content:

/s/ Barbara P. Foley/ HSL

**IT IS FURTHER ORDERED** that all earnings of the debtor, except amounts requested to be withheld by any provisions of the laws of the United States, this state or any political subdivision, or by any insurance, pension or union dues agreement between the employer and the debtor, or by Order of this Court, be paid to the debtor in accordance with the employer's usual payroll procedure.

**IT IS FURTHER ORDERED** that no deductions for any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court, be made from the earnings of the said debtor, except: [no exceptions].

**IT IS FURTHER ORDERED** that a copy of this Order be served upon the debtor(s), attorney for the debtor(s) (if applicable), the Chapter 13 Trustee, and the employer.

End of Order

Prepared by:
Kimberly L. Savage (P68267)
Attorney for the Debtor
Savage Legal Group, PC
1483 Haslett Road
Haslett, Michigan 48840
(517) 515-5000
kim@savagelegalgroup.com

## IT IS SO ORDERED.

**Dated April 14, 2023**



Michelle M. Wilson
Clerk of Court