UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | HON. JAMES W. BOYD |
| Kirstin Heard, | Case No. 23-00586-jwb |
| Debtor(s). | Chapter 13 |

## CERTIFICATE OF SERVICE

Kimberly Savage states that on April 30, 2023, she served copies of the following documents on Michigan State University, Attn.: Payroll Department, 1407 S. Harrison Road, East Lansing, Michigan 48823, by depositing the same in the United States mail with postage fully prepaid:

- Order Directing Employer to Pay Trustee

- Certificate of Service

/s/Kimberly L. Savage