**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:

KIRSTIN HEARD,

Debtor.

Chapter 13
Case No. 23-00586-jwb
Honorable James W. Boyd
Filed: March 20, 2023

_________________________________ /

**FIRST PRE-CONFIRMATION AMENDMENT**
**TO CHAPTER 13 PLAN**

The Debtor, Kirstin Heard, by and through her attorney, Kimberly L. Savage, hereby makes the following changes to the previously-filed Chapter 13 plan:

1. Paragraph III.A.3. is amended as follows:

   3. Attorney fees exclusive of costs and expenses: An initial fee of $1,925.00 less fees paid of $1,925.00, leaving a fee balance in the amount of $0.00 to be disbursed by the Trustee pursuant to the priorities set forth in paragraph IV.H of the Plan, unless otherwise marked below:

   a. ( ) Attorney fees shall be paid at the rate of $_______ per month until paid in full pursuant to Paragraph IV.H of the Plan.

   b. ( ) Attorney fees shall be paid after all necessary equal monthly payments on secured continuing claims, secured claims, assumed executory contract/expired lease claims which is a modification of Paragraph IV.H.

2. The table in Paragraph III.E.1. is deleted in its entirety and replaced with the following:

**E. 1. DIRECT PAYMENT BY THE DEBTOR(S) OF THE FOLLOWING DEBTS.** All claims shall be paid by the Trustee unless listed herein:

| Creditor, Address & Account No. | Collateral/Obligation | Balance Owing | Interest Rate |
|---|---|---|---|
| Loancare, Inc.<br>P.O. Box 8068<br>Virginia Beach, VA 23450 | 821 Clayton St.<br>Lansing, Michigan 48915 | $67,303.47 | 3.13% |
| MSU Federal Credit Union<br>3777 West Road<br>East Lansing, Michigan 48823 | 2018 Harley Davidson Road King Special | $16,927.12 | 9.00% |
| Fidelity NetBenefits | 401K Loan1 Originated Sep-24-2019 (in default, will be treated as a distribution) | $2,146.81 | 6.5% |
| Fidelity NetBenefits | 401K Loan3 Originated Nov-03-2022 (in default, will be treated as a distribution) | $12,000.00 | 7.25% |

3. Any other provision not specifically changed by this (or any prior) amendment remains in full force and effect.

Respectfully submitted,

SAVAGE LEGAL GROUP, PC

By: /s/ Kimberly L. Savage
Kimberly L. Savage (P68267)
Attorney for Debtor
1483 Haslett Road
Haslett, Michigan 48840
(517) 515-5000

Dated: June 23, 2023